# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DANIAL A. FLOWERS ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* appeal of his conviction and sentence entered by the Magistrate Judge on August 30, 2006.

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 30 days from entry of this Order and the Government shall file a brief in response thereto on or before 30 days after the filing of the Defendant's brief.

Signed: September 18, 2006

Lacy H. Thornburg
United States District Judge