# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DANIAL A. FLOWERS ) | |

**THIS MATTER** is before the Court on the notice filed by the State of North Carolina requesting permission to file a brief regarding Defendant's facial challenge of N.C. Gen. Stat. § 14-197.

Pursuant to 28 U.S.C. § 2403(b), the Court hereby notifies the State of North Carolina that the constitutionality of N.C. Gen. Stat. § 14-197 has been challenged in the present case.

**IT IS, THEREFORE, ORDERED** that the State of North Carolina has to and including September 28, 2007, to file brief addressing this issue in the event it wishes to do so.

Signed: September 7, 2007

Lacy H. Thornburg
United States District Judge